**91–1748.** State v. Brown. *Stark County*, No. CA–8392. *Sua sponte*, motion for appointment of counsel is reconsidered and granted to the extent that the court of appeals is directed to appoint counsel.

**91–1912.** State v. Sklenar. *Lorain County*, No. 91CA005008. On motion to dispense with requirements of memo. Motion granted.

HOLMES and DOUGLAS, JJ., dissent.

**91–2099.** State, ex rel. Nelson, v. Fuerst. *Cuyahoga County*, No. 62021. On motion for leave to file *amicus* of Ohio Clerk of Courts Association. Motion granted.

On motion for leave to file *amicus* of Kenneth Carter. Motion denied.

**91–2384.** Tokles & Sons, Inc. v. Midwestern Indemn. Co. *Lucas County*, No. L–89–395. On motion to reconsider granting of extension. Motion denied.

DOUGLAS, J., dissents.

RESNICK, J., not participating.

**91–2467.** State, ex rel. Keener, v. Cleveland. *Cuyahoga County*, No. 61242. On motion to consolidate with 92–106, *Cleveland v. Fraternal Order of Police Lodge 8*, Cuyahoga County, No. 61305. Motion denied.

SWEENEY, HOLMES and WRIGHT, JJ., dissent.

**91–2513.** State, ex rel. Lester, v. Butler Cty. Court of Common Pleas, Div. of Domestic Relations. *Butler County*, No. CA91–05–080. On request for oral argument. Request granted.

HOLMES, J., dissents.

**91–2516.** Cincinnati v. Washington. *Hamilton County*, No. C–900926. On motion to amend notice of appeal. Motion granted.

**92–16.** State, ex rel. Hodges, v. Taft. In Mandamus and Prohibition. On request for oral argument. Request granted.

**92–105.** Arnold v. Cleveland. *Cuyahoga County*, No. 59260. On motions for leave to file *amicus* of Congress of Racial Equality, Inc. and National Rifle Association. Motions granted.

On motion of Stefan Tahmassebi for leave to proceed in *pro hac vice*. Motion granted.

**92–112.** State v. Ware. *Trumbull County*, No. 90–T–4502. On motion for leave to file delayed appeal. Motion granted.

**92–114.** State v. Dunn. *Marion County*, No. 9–89–27. On motion for leave to exceed page limit. Motion granted.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**92–116.** First Hudson Dev. Assoc. v. Hudson. *Summit County*, No. 15142. On motion for leave to file *amicus* of Ohio Municipal League. Motion granted.

**92–127.** State v. Gibson. *Cuyahoga County*, No. 59541. On motion for leave to file delayed appeal. Motion denied.

SWEENEY and DOUGLAS, JJ., dissent.

**92–147.** State v. Tolbert. *Hamilton County*, No. C–910249. On motion to consolidate with 92–146, *State v. Tolbert*, Hamilton County, No. C–910237. Motion granted.

WRIGHT, H. BROWN and RESNICK, JJ., dissent.